## CERTIFICATE OF SERVICE

I, Lauren E.M. Russell, Esq., hereby certify that on January 13, 2023, a true and correct copy of the foregoing document and this **Certificate of Service** were served upon the following *pro se* plaintiff:

> Jennifer Hulton
> 330 Clearfield Drive
> Lincoln University, PA 19352

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Lauren E.M. Russell*
> Lauren E.M. Russell, Esq. (No. 5366)
> 1000 North King Street
> Wilmington, DE 19801
> Telephone: (302) 576-3255
> Facsimile: (302) 576-3750
> E-mail: lrussell@ycst.com
>
> *Attorneys for Defendant*

Dated:  January 13, 2023