AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* **664 Churchmans Rd Newark DE 19702 in lockbox   19.6 miles 1 way   +1 39.2 miles   total 39.2 miles**    on *(date)* **1/8/2023**  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Overnight with signature Receipt on 1/11/2023**
**Overnight  31.15**
**Sign Receipt  3.25**
**              34.75**

My fees are $ **24.5**  for travel and $ **34.75**  for services, for a total of $ **59.25**  0.00.
**.625 × 39.2**

I declare under penalty of perjury that this information is true.

Date: **1/25/2023**

_____
Server's signature

**Jennifer Hulton   Plantiff**
Printed name and title

**330 Clearfield Dr. Lincoln University PA 19352**
Server's address

Additional information regarding attempted service, etc:



FILED
JAN 30 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Lincoln University PA 19352

FILED
JAN 30 2023  MPB
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
US District Court
844 North King St
Unit 18                    3570
Wilmington DE 19801-3570

U.S.M.S. X-RAY