

```
             UNITED STATES
             POSTAL SERVICE.

                  KELTON
               203 CORBY RD
             KELTON, PA 19346-9998
                (800)275-8777
 01/11/2023                         12:35 PM
 ---------------------------------------------
 Product              Qty   Unit        Price
                            Price
 ---------------------------------------------
 US Flags Bklt/20      2   $12.00      $24.00

 PM Express 1-Day      1                $27.90
 Flat Rate Env
     Newark, DE 19702
     Flat Rate
     Signature Requested
     Scheduled Delivery Date
         Thu 01/12/2023 06:00 PM
     Money Back Guarantee
     Tracking #:
         EJ878510873US
     Insurance                           $0.00
         Up to $100.00 included
     Return Receipt                      $3.25
         Tracking #:
             9590 9402 6942 1104 9719 65
 Total                                  $31.15
 ---------------------------------------------
 Grand Total:                           $55.15
 ---------------------------------------------
 Credit Card Remit                      $55.15
     Card Name: MasterCard
     Account #: XXXXXXXXXXXX3860
     Approval #: 01148S
     Transaction #: 490
     AID: A0000000041010     Chip
     AL: Mastercard
     PIN: Not Required       Mastercard
 ---------------------------------------------

       Save this receipt as evidence of
    insurance. For information on filing an
              insurance claim go to
       https://www.usps.com/help/claims.htm
            or call 1-800-222-1811

    Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
     and Data rates may apply. You may also
      visit www.usps.com USPS Tracking or call
                  1-800-222-1811.

              Preview your Mail
              Track your Packages
              Sign up for FREE @
       https://informeddelivery.usps.com

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
          Thank you for your business.

         Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device,
```



```
              or call 1-800-410-7420.
```

Return receipt card (PS Form 3811, July 2020):

Article Addressed to:
Arkesian Water Co;
Attn Dian Taylor
6604 Churchman's Rd
Newark DE 19702

Tracking: 9590 9402 6942 1104 9719 65
EJ 878 510 873 US

Signature: [signed]
Received by (Printed Name): [handwritten]

Service Type: Priority Mail Express





WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Deborah L. Coles**
Paralegal
P 302.571.6686
F 302.576.3359
dcoles@ycst.com

January 13, 2023

Jennifer Hulton
330 Clearfield Drive
Lincoln University, PA 19352

Re: Hulton v. Artesian Water Company

Dear Ms. Hulton:

This office represents Artesian Water Company in the above matter. Lauren E.M. Russell and Elise K. Wolpert are the attorneys handling the matter. Enclosed are the Entry of Appearance forms, the Waiver of Service, and the Corporate Disclosure Statement, which were filed with the Court today.

Best regards,

Deborah L. Coles
Paralegal

DLC:dlc
Enclosures

Young Conaway Stargatt & Taylor, LLP
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P 302.571.6600  F 302.571.1253  YoungConaway.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER HULTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:22-cv-1584-MN |
| | ) |
| ARTESIAN WATER COMPANY, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Lauren E.M. Russell, Esquire, of Young Conaway Stargatt & Taylor, LLP on behalf of Defendant Artesian Water Company in the above matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Lauren E.M. Russell*

Lauren E.M. Russell, Esq. (No. 5366)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 576-3255
Facsimile: (302) 576-3750
Email: lrussell@ycst.com

Dated: January 13, 2023    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Lauren E.M. Russell, Esq., hereby certify that on January 13, 2023, a true and correct copy of the foregoing document and this **Certificate of Service** were served upon the following *pro se* plaintiff:

>Jennifer Hulton
>330 Clearfield Drive
>Lincoln University, PA 19352

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Lauren E.M. Russell*
>Lauren E.M. Russell, Esq. (No. 5366)
>1000 North King Street
>Wilmington, DE 19801
>Telephone: (302) 576-3255
>Facsimile: (302) 576-3750
>E-mail: lrussell@ycst.com
>
>*Attorneys for Defendant*

Dated: January 13, 2023

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Jennifer Hulton
*Plaintiff*
v.
Artesian Water Company
*Defendant*

Civil Action No. 22-1584

## WAIVER OF THE SERVICE OF SUMMONS

To: Jennifer Hulton
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 01/10/23, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1/13/23

Artesian Water Company
*Printed name of party waiving service of summons*

/s/ Lauren E.M. Russell
*Signature of the attorney or unrepresented party*

Lauren E.M. Russell, Esquire
*Printed name*

Young Conaway Stargatt & Taylor, LLP
1000 N. King St., Wilmington, DE 19801
*Address*

lrussell@ycst.com
*E-mail address*

302-576-3255
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## CERTIFICATE OF SERVICE

I, Lauren E.M. Russell, Esq., hereby certify that on January 13, 2023, a true and correct copy of the foregoing document and this **Certificate of Service** were served upon the following *pro se* plaintiff:

>Jennifer Hulton
>330 Clearfield Drive
>Lincoln University, PA 19352

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Lauren E.M. Russell*
>Lauren E.M. Russell, Esq. (No. 5366)
>1000 North King Street
>Wilmington, DE 19801
>Telephone: (302) 576-3255
>Facsimile: (302) 576-3750
>E-mail: lrussell@ycst.com

>*Attorneys for Defendant*

Dated: January 13, 2023

Case 1:22-cv-01584-MN   Document 5   Filed 01/13/23   Page 1 of 1 PageID #: 28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER HULTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:22-cv-1584-MN |
| | ) | |
| ARTESIAN WATER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Elise K. Wolpert, Esquire, of Young Conaway Stargatt & Taylor, LLP on behalf of Defendant Artesian Water Company in the above matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Elise K. Wolpert*
Elise K. Wolpert, Esq. (No. 6343)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6623
Email: ewolpert@ycst.com

Dated: January 13, 2023

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Elise K. Wolpert, Esq., hereby certify that on January 13, 2023, a true and correct copy of the foregoing document and this **Certificate of Service** were served upon the following *pro se* plaintiff:

> Jennifer Hulton
> 330 Clearfield Drive
> Lincoln University, PA 19352

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*s/ Elise K. Wolpert*
Elise K. Wolpert, Esq. (No. 6343)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6623
Email: ewolpert@ycst.com

Dated: January 13, 2023                 *Attorneys for Defendant*

Case 1:22-cv-01584-MN   Document 6   Filed 01/13/23   Page 1 of 1 PageID #: 30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER HULTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:22-cv-1584-MN |
| | ) | |
| ARTESIAN WATER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Artesian Water Company, Inc. hereby discloses it is a wholly owned subsidiary of Artesian Resources Corporation, a publicly traded company (NASDAQ symbol ARTNA).

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Lauren E.M. Russell*
_____
Lauren E.M. Russell, Esq. (No. 5366)
Elise K. Wolpert, Esq. (No. 6343)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 576-3255; 571-6623
Facsimile: (302) 576-3750
Email: lrussell@ycst.com; ewolpert@ycst.com

Dated: January 13, 2023     *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Lauren E.M. Russell, Esq., hereby certify that on January 13, 2023, a true and correct copy of the foregoing document and this **Certificate of Service** were served upon the following *pro se* plaintiff:

>Jennifer Hulton
>330 Clearfield Drive
>Lincoln University, PA 19352

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*s/ Lauren E.M. Russell*
>Lauren E.M. Russell, Esq. (No. 5366)
>1000 North King Street
>Wilmington, DE 19801
>Telephone: (302) 576-3255
>Facsimile: (302) 576-3750
>E-mail: lrussell@ycst.com
>
>*Attorneys for Defendant*

Dated: January 13, 2023