IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JENNIFER HULTON,                              )
                                             )
                    Plaintiff,               )
                                             )
            v.                               )      C.A. No. 22-1584 (MN)
                                             )
ARTESIAN WATER COMPANY,                      )
                                             )
                    Defendant.               )

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order dated December 19, 2023 (D.I. 36, 37);

IT IS HEREBY ORDERED AND ADJUDGED this 19th day of December 2023 that judgment be and is HEREBY ENTERED in favor of Defendant Artesian Water Company and against Plaintiff Jennifer Hulton.


_____
The Honorable Maryellen Noreika
United States District Judge


_____
(By) Deputy Clerk